```
1   McGREGOR W. SCOTT
    United States Attorney
2   MATTHEW M. YELOVICH
    MIRIAM R. HINMAN
3   Assistant United States Attorney
    501 I Street, Suite 10-100
4   Sacramento, CA 95814
    Telephone: (916) 554-2700
5   Facsimile: (916) 554-2900
6
7   Attorneys for Plaintiff
    United States of America
```

**SEALED FILED**

SEP 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>YANIV GOHAR,<br>OREL GOHAR,<br>ERAN BUHBUT,<br>BAR SHANI,<br>ATIR DADON,<br>ADAM ATARI, and<br>RAZ RAZLA<br><br>          Defendants. | CASE NO. 2:17-CR-00232-GEB<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Superseding Indictment, the Petition of Assistant U.S. Attorney Matthew M. Yelovich to Seal Superseding Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court, but that the government shall be permitted to share the Indictment for the limited purpose of extradition without further Order of this Court.

Dated: 9/13/2018

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE