1  BRIAN H GETZ, ESQ. (CSBN 85593)
2  LAW OFFICES OF BRIAN H GETZ
   88 Kearny Street, Suite 1850 San Francisco, CA 94108
3  Telephone: (415) 912-5886
   Facsimile: (415) 358-4770
4  Email: bhgetz@pacbell.net

5  Attorney for Defendant YANIV GOHAR

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          CASE NO. 2:17 – CR00232 GEB

11          Plaintiff,

12      v.                            STIPULATION AND [PROPOSED] ORDER
                                      CONTINUING HEARING ON MOTION TO
13 YANIV GOHAR,                       WITHDRAW AS ATTORNEY OF RECORD
   OREL GOHAR,
14 MAY LEVY,                            Date: November 9, 2018
   ERAN BUHBUT,                         Time: 9:00 a.m.
15 BAR SHANI,                           Courtroom: 10
16 ATIR DADON
   ADAM ATARI, and
17 RAZ RAZLA,

18
          Defendants.
19

20       **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION
                    TO WITHDRAW AS ATTORNEY OF RECORD**
21

22       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

23 motion by Brian H Getz to withdraw as attorney of record for Yaniv Gohar, hearing date

24 of November 9, 2018 presently scheduled at 9:00 a.m., before the Honorable Garland E.

25 Burrell Jr., be vacated and re-set for January 4, 2019 at 9:00 a.m.

26       The requested continuance is sought because defense counsel has been

27 accepted to attend the Federal Death Penalty Seminar in Tampa, FL on the

28

                                        1
                 STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING

aforementioned date, and the January date is the first available time that is amenable to the Court, defense counsel, and counsel for the government.

DATED: October 31, 2018                    _____/s/_____
                                           Brian H Getz
                                           Attorney for Defendant
                                           YANIV GOHAR

DATED: November 1, 2018                    _____/s/_____
                                           MATTHEW YELOVICH
                                           Assistant United States Attorney

DATED: November 1, 2018                    _____/s/_____
                                           MIRIAM HINMAN
                                           Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING

1

**ORDER**

2

IT IS HEREBY ORDERED that the above-captioned matter is continued to

3

January 4, 2019 at 9:00 a.m., before the Honorable Garland E. Burrell Jr.

4

IT IS SO ORDERED

5

Dated:  November 1, 2018

6

7

8

_____
9
GARLAND E. BURRELL, JR.
Senior United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING