MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
MIRIAM R. HINMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00232 GEB |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| YANIV GOHAR, et al., | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's request to seal, IT IS HEREBY ORDERED that the government's ex parte motion and proposed order allowing the government to produce certain documents to defendants, as well as its request to seal, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government unless and until this Court grants the government's ex parte motion and proposed order, in which case the order (but not the ex parte motion) shall be accessible to both the government and counsel for the defendants.

The Court has considered the factors set forth in Oregonian Publ'g Co. v. United States Dist. Court, 920 F.2d 1462 (9th Cir. 1990), and progeny. The Court finds that, for the reasons stated in the government's Request to Seal, sealing is appropriate due to the subject matter of the government's ex parte motion and the fact that the public does not have a presumptive right of access to that subject

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

1

matter.

**IT IS SO ORDERED.**

Dated: January 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge