McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-232 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ERAN BUHBUT, BAR SHANI, ATIR DADON, ADAM ATARI, and RAZ RAZLA, | DATE: February 22, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on February 22, 2019.

2. By this stipulation, defendants now move to continue the status conference until April 5, 2019, and to exclude time between February 22, 2019, and April 5, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced a total of over 49,000 pages of discovery, as well as 42 disks containing audio and video. The government's production on December 20, 2018, included over 20,000 pages of discovery.

b) Counsel for defendants desire additional time to complete their review of discovery, research legal issues, conduct investigation related to the charges, discuss potential

resolutions with their clients, and prepare pretrial motions.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) In addition, Defendant Bar Shani is considering retaining new counsel and requires approximately one month to complete his decision and arrangements.

  e) Current counsel for Bar Shani believes that failure to grant the continuance would deny Bar Shani reasonable time to obtain the counsel of his choice.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 22, 2019 to April 5, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 19, 2019        McGREGOR W. SCOTT
                   United States Attorney

                   /s/ MIRIAM R. HINMAN
                   MIRIAM R. HINMAN
                   MATTHEW M. YELOVICH
                   Assistant United States Attorneys

Dated: February 20, 2019    /s/ RANDY SUE POLLOCK
RANDY SUE POLLOCK
Counsel for Defendant
Eran Buhbut

Dated: February 20, 2019    /s/ CLYDE BLACKMON
CLYDE BLACKMON
Counsel for Defendant
Bar Shani

Dated: February 20, 2019    /s/ PETE KMETO
PETE KMETO
Counsel for Defendant
Atir Dadon

Dated: February 21, 2019    /s/ BRETT GREENFIELD
BRETT GREENFIELD
Counsel for Defendant
Adam Atari

Dated: February 21, 2019    /s/ GEORGE MGDESYAN
GEORGE MGDESYAN
Counsel for Defendant
Raz Razla

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 22, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge