PETER KMETO
Attorney at Law
State Bar #78827
P.O. Box 8789
South Lake Tahoe, CA 96158
(916) 444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ATIR DADON,<br><br>Defendant. | Case No. 2:17-cr-00232-JAM-6<br><br>**REQUEST AND ORDER TO EXONERATE BAIL AND TO RECONVEY PROPERTY** |

Based upon notification that Defendant, ATIR DADON, has been sentenced and completed his sentence, it is respectfully requested that real property posted in support of his release located at 15747 Haynes Street, Los Angeles (Van Nuys) California, 91406, be **EXONERATED** and be **RECONVEYED** forthwith.

Dated: September 27, 2021        /s/ PETER KMETO
                                 Attorney for Defendant
                                 ATIR DADON

**ORDER**

**IT IS SO ORDERED**.

Dated: August 27, 2021        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE